BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorney for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **1:12-cv-01958-LJO-MJS** |
| Petitioner, | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| v. | |
| MARK B. CAPPS, | Taxpayer: **MARK B. CAPPS** |
| Respondent. | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that respondent has sufficiently complied with the summons to be enforced here. The case can and should be closed.

Dated: February 28, 2013                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:    */s/ Y. Himel*
YOSHINORI H. T. HIMEL
Assistant U.S. Attorney
Attorneys for Petitioner
United States of America

<u>ORDER</u>

Upon petitioner's recommendation, the Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

Dated:   March 1, 2013          /s/  Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE